ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
ELIZABETH WATSON
Deputy Attorney General
State Bar No. 295221
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3847
  E-mail:  Elizabeth.Watson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTIOCH UNIVERSITY,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**ROB BONTA, et al.,**<br><br>                                    Defendants. | Case No. 2:23-cv-05341-SB-RAO<br><br>**JOINT STATUS REPORT**<br><br>Date:          Nov. 17, 2023<br>Time:         8:30 AM<br>Courtroom:<br>Judge:        The Honorable Stanley Blumenfeld, Jr. |

**JOINT STATUS REPORT**

In accordance with the Court's Order Granting Stipulated Injunction and Setting Status Conference, the Parties submit the following Joint Status Report explaining the status of their negotiations, their expectations for how those negotiations will proceed over the coming months, and the basis for the length of their requested stay.

The Parties agree that this matter could potentially be resolved through legislative action amending the challenged statute, and that such a resolution would be preferable to continued litigation in federal court. Defendants intend to raise this issue with the Legislature. However, the Legislature is not currently in session.

1

Once the Legislature returns, it will likely be several months before it can potentially address this matter. Although all parties are aware that the Legislature may choose not to address this matter in the coming session and that any legislative action on the challenged statute might otherwise prove insufficient to resolve this matter, both parties agree that the most prudent path is to wait a reasonable amount of time to see if legislative action creates circumstances that would allow the parties to avoid litigation. By abiding by this Court's Stipulated Injunction Order and setting a deadline for dispositive motions that allows the Legislature time to potentially act and the parties time to evaluate any action that might occur, the parties preserve their own resources and those of the Court while showing the appropriate respect for and deference to the legislative process.

Dated: November 7, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Elizabeth Watson*
ELIZABETH WATSON
Deputy Attorney General
*Attorneys for Defendants*

SA2023304010/43951872.docx

# CERTIFICATE OF SERVICE

Case Name:   *Antioch University v. Rob Bonta, et al.*
Case No.    **2:23-cv-05341-SB-RAO**

I hereby certify that on November 7, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## JOINT STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 7, 2023, at San Francisco, California.

|  |  |
|---|---|
| G. Pang | *[signature]* |
| Declarant | Signature |

SA2023304010/43951889.docx