Michael C. Guasco, Bar No. 258765
mguasco@littler.com
Henry L. Aho, Bar No. 345334
haho@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Fax No.:    415.399.8490

Attorneys for Plaintiff
ANTIOCH UNIVERSITY, a non-profit corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIOCH UNIVERSITY, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; STEWART KNOX, in his official capacity as Secretary of the California Labor & Workforce Development Agency; KATRINA HAGEN, in her official capacity as Director of the California Department of Industrial Relations; LILIA GARCIA-BROWER, in her official capacity as Labor Commissioner, and Does 1-100,<br><br>Defendants. | Case No. 2:23-cv-5341-SB-RAO<br><br>JOINT STATUS REPORT<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE STANLEY BLUMENFELD, JR. |

TO THE HONORABLE COURT:

PURSUANT to the Court's Order issued orally on November 17, 2023 and subsequently reduced to writing (See, Dkt. 37), the Parties file this Joint Status Report. At the outset, the Parties thank this Court for the time it spent with the Parties at the November 17, 2023 and discussing concerns related to this Court's docket, the

4854-2112-5778.2 / 115945-1003

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

JOINT STATUS REPORT

1  Court's expectations, the length of the Legislative process, the pending California
2  state court action, and potential solutions to address the problems of the parties and
3  the Court.
4        Following discussion with their respective clients and meaningful meet and
5  confer between counsel, the Parties jointly request this Court administratively close
6  the pending action. Pursuant to the Court's suggestion, the Parties request that the
7  Stipulated Preliminary Injunction previously entered (See, Dkt. 34) remain in full
8  force and effect. Further, the Parties jointly request the authority for either party to
9  reopen the matter in the event the anticipated Legislative action does not come to
10 fruition. Said reopening would relate back to the initial filing of this Action, such that
11 there is no argument by the other party that the action is untimely. In the event
12 legislation is enacted that would moot this action, Plaintiff will file a request for a
13 final dismissal of the action in its entirety.
14       The Parties understand this Court may vacate the Further Status Conference
15 currently scheduled for December 8, 2023. In the event the Court feels a status
16 conference is warranted, Plaintiff's counsel respectfully requests this Court change the
17 date of the hearing. Undersigned counsel has a preplanned, prepaid vacation and will
18 be aboard a ferry on December 8, 2023 from 8:00 a.m. until approximately 1:00 p.m.
19 Further complicating matters, Plaintiff's counsel has a remote Mandatory Settlement
20 Conference on December 15, 2023 at 2:00 p.m. As such, Plaintiff's counsel requests
21 this Court's permission to appear on December 15 via Zoom. Undersigned counsel
22 assures this Court that counsel will have multiple devices all ready to login and
23 guarantees that there will be adequate video and audio if the Court approves counsel's
24 request for a remote appearance. Plaintiff's counsel assures this Court that counsel has
25 appeared for numerous remote appearances and has always appeared on camera.
26
27
28

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

4854-2112-5778.2 / 115945-1003

2
JOINT STATUS REPORT

| | | |
|---|---|---|
| 1 | Dated: | November 21, 2023 |
| 2 | | LITTLER MENDELSON, P.C. |

/s/ *Michael C. Guasco*
Michael C. Guasco
Henry L. Aho

Attorneys for Plaintiff
ANTIOCH UNIVERSITY, a non-profit corporation

Dated:    November 21, 2023

/s/ *Elizabeth Watson*
Rob Bonta
Attorney General of California
Anya M. Binsacca
Supervising Deputy Attorney General
Elizabeth Watson
Deputy Attorney General

Attorneys for Defendants

*E-Signature Added by Consent of Counsel*

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940

4854-2112-5778.2 / 115945-1003