JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIOCH UNIVERSITY,<br><br>    Plaintiff,<br><br>v.<br><br>ROB BONTA et al.,<br><br>    Defendants. | Case No. 2:23-cv-05341-SB-RAO<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

    The Court has reviewed the parties' joint status report filed November 21, 2023, in which they jointly request that the case be administratively closed subject to the following conditions: (1) the stipulated injunction will remain in effect; (2) either side may move to reopen the case if their dispute is not legislatively resolved; (3) any such reopening would relate back to the initial filing of this case; and (4) if the dispute is mooted by legislative action, Plaintiff will seek final dismissal of the action in its entirety. Dkt. No. 38.

    The Court commends the parties for their continued cooperation and approves of their proposal, which it adopts in full. This case is therefore ADMINISTRATIVELY CLOSED, and the status conference set for December 8, 2023, is VACATED. By agreement of the parties, the stipulated preliminary injunction entered on October 27, 2023, Dkt. No. 34, remains in full force and effect. The parties may move to reopen the case or to dismiss it in full pursuant to the terms of their agreement described above.

    IT IS SO ORDERED.

Date: November 27, 2023

                                               Stanley Blumenfeld, Jr.
                                               United States District Judge